IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

RENASANT BANK,

    Plaintiff,

v.       CV 119-101

GOODMAN MANAGEMENT, LLC;
GOOD BAKERY, LLC;
HALANA GOODMAN; and
STEVEN GOODMAN,

    Defendants.

O R D E R

Before the Court is Plaintiff's unopposed Dismissal with Prejudice. (Doc. 23.) Upon consideration, dismissal is proper under Federal Rule of Civil Procedure 41(a). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA